█ THE PEOPLE OF STATE OF NEW YORK ex rel. RICHARD GLOSS, Appellant, v JOSEPH COSTELLO, as Superintendent of Mid-State Correctional Facility, Respondent. [764 NYS2d 895] —Appeal from a judgment (denominated order) of Supreme Court, Oneida County (Parker, J.), entered September 4, 2001, which dismissed the petition for a writ of habeas corpus.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: Supreme Court properly dismissed the petition for a writ of habeas corpus because the issues raised therein either were raised or could have been raised on direct appeal or by a postjudgment motion pursuant to CPL article 440 (*see People ex rel. Mammarello v Donnelly*, 286 AD2d 937 [2001]; *People ex rel. Woods v Walker*, 283 AD2d 991, 991-992 [2001], *appeal dismissed and lv denied* 96 NY2d 928 [2001]). Moreover, the court properly dismissed the petition because habeas corpus relief does not lie where petitioner would not be

entitled to immediate release even if his contentions had merit (*see People ex rel. Beam v Hodges,* 286 AD2d 936, 937 [2001]; *Mammarello,* 286 AD2d at 937; *People ex rel. Santoro v Hollins,* 273 AD2d 829 [2000]). Because "the petition 'lacked any justiciable basis upon which a writ of habeas corpus could be sustained,' " the court did not abuse its discretion in denying petitioner's application for assigned counsel (*People ex rel. Brown v Murray,* 284 AD2d 987, 988 [2001], quoting *People ex rel. Washington v La Vallee,* 34 AD2d 603, 603 [1970], *lv denied* 27 NY2d 481 [1970]). Present—Pigott, Jr., P.J., Green, Gorski, Lawton and Hayes, JJ.